UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY CARADINE,<br><br>   Plaintiff,<br>v.<br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>   Defendants. | Case No. 2:23-cv-00511-ART-EJY<br><br>ORDER |

**I.   DISCUSSION**

On April 11, 2023, U.S. Magistrate Judge Elayna J. Youchah issued an order denying Plaintiff's application to proceed *in forma pauperis* as incomplete and issued a report and recommendation ("R&R") denying Plaintiff's complaint without prejudice with leave to amend. (ECF No. 3). Plaintiff had until April 25, 2023, to file any objections to the R&R. Plaintiff did not file any objections and instead filed a subsequent application to proceed *in forma pauperis* (ECF No. 5) and a first amended complaint ("FAC") (ECF No. 6).

The Court now denies the R&R as moot because Plaintiff has filed an FAC which is now the operative complaint. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"). The Court will screen the FAC in a separate order pending the resolution of the matter of the filing fee.

Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is incomplete because Plaintiff did not include a completed financial certificate and an inmate trust fund account statement for the previous six-month period with the application. The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct these deficiencies **by July 17, 2023**.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for

filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

As explained above, Plaintiff's application to proceed *in forma pauperis* is incomplete. The Court will therefore deny Plaintiff's application to proceed *in forma pauperis* without prejudice and grant Plaintiff an extension of time to either pay the filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents.

**II.  CONCLUSION**

It is therefore ordered that Judge Youchah's Report and Recommendation (ECF No. 3) is denied as moot.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 5) is denied without prejudice.

It is further ordered that Plaintiff has **until July 17, 2023,** to either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is

2

signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the FAC (ECF No. 6).

DATED THIS 23rd day of May 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE